SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS, <br><br> Plaintiffs, <br><br> vs. <br><br> ACS CONTROLS CORPORATION, a California Corporation, <br><br> Defendants. | CASE NO.:  C08-00351 PVT <br><br> REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint for March through July 2007 and October and December 2007. This dismissal

/ / /

/ / /

/ / /

/ / /

/ / /

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION

1  specifically does not waive the right of the Trust Funds to audit the employer for the above time

2  period, or any other time period, and to collect any additional monies found to be delinquent as

3  a result of an audit through a subsequent legal action.

4

5  Dated:   February 20, 2008

6  SUE CAMPBELL
   Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL OF ENTIRE ACTION

**PROOF OF SERVICE BY MAIL**

1

2          I, the undersigned, say:

3          That I am now and at all times herein mentioned a citizen of the United States,

4 over the age of eighteen years, a resident of Santa Clara County, California, and not a party to

5 the within action or cause; that my business address is 1155 North First Street, Suite 101, San

6 Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE

7 ACTION by placing said copy in an envelope addressed to

8                 ACS CONTROLS CORPORATION
                a California Corporation
9                 5844 Price Avenue
                McClellan, CA 95652

10

11 which envelope was then sealed and, with postage fully prepaid thereon, was on February 20,

12 2008, deposited in the United States mail at San Jose, California; that there is delivery service

13 by United States mail at the place so addressed.

14          I declare under penalty of perjury that the foregoing is true and correct.

15          Executed on March 10, 2008, at San Jose, California.

16

17                               _Christine Delgadillo_

18                               CHRISTINE DELGADILLO

19

20

21

22

23

24

25

26

27

28